No. 79–6394.  JONES v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 79–6413.  KORTE v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 79–6419.  BROWN v. UNITED STATES ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 79–6425.  EL FUNDI ET UX. v. DEROCHE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 79–6432.  DUFFIN v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 79–6442.  PULLIAM v. BALKCOM, WARDEN.  Sup. Ct. Ga.  Certiorari denied.

No. 79–6471.  McMILLAN v. MAHONEY, CORRECTIONAL SUPERINTENDENT, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 79–6476.  ROBERTS v. ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 79–6478.  HARDY v. ILLINOIS.  App. Ct. Ill., 3d Dist. Certiorari denied.

No. 79–6479.  BUTLER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 79–6485.  ROSENTHAL v. CARR.  C. A. 9th Cir.  Certiorari denied.

No. 79–6487.  CRISAFI v. WIETHE.  C. A. 3d Cir.  Certiorari denied.